CLIFTON DAVIDSON V. THE STATE.

No 10319. Delivered June 16, 1926.

**Theft—Notice of Appeal—Practice on Appeal.**

Where a record is brought before this court which fails to show that notice of appeal was given in the court below, this court is without jurisdiction, and such appeal must be dismissed. See Art. 827 C. C. P. 1925. Following Baldwin v. State, 82 Tex. Crim. Rep. 243; Williams v. State, 87 Tex. Crim. Rep. 180.

Appeal from Criminal District Court No. 2 of Dallas County. Tried below before the Hon. C. A. Pippen, Judge.

Appeal from a conviction of felony theft, penalty two years in the penitentiary.

*Chany & Dailey* of Dallas for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney for the State.

BAKER, JUDGE.—The appellant was convicted in the Criminal District Court No. 2 of Dallas County for theft of property over the value of $50.00, and his punishment assessed at two years in the penitentiary.

There is no statement of facts in the record, and no notice of appeal was given in the lower court. Without proper notice of appeal, this court is without jurisdiction. Art. 827, 1925 C. C. P. (Art. 915, Vernon's C. C. P.); Baldwin v. State, 82 Tex. Crim. Rep. 243, 199 S. W. 468; Williams v. State, 87 Tex. Crim. Rep. 180, 220 S. W. 87.

Failing to find any notice of appeal in the record, this appeal is dismissed.

*Dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.